IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FINIS LUCAS, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:18CV377 |
| v. | ) | |
| | ) | **MEMORANDUM** |
| DOUGLAS COUNTY CORRECTIONS and DOUGLAS COUNTY MEDICAL DEPARTMENT, | ) | **AND ORDER** |
| Defendants. | ) | |

This matter is before the court on its own motion. On August 10, 2018, the Clerk of the Court sent a Memorandum and Order (Filing No. 4) to Plaintiff directing him to submit a $400.00 filing fee or a request to proceed in forma pauperis within 30 days. On August 22, 2018, the Memorandum and Order was returned to the court as undeliverable. (Filing No. 5.) The Clerk of Court twice resent the Memorandum and Order to the Nebraska Department of Corrections in McCook, Nebraska, but it was returned as undeliverable both times. (Filing Nos. 6, 7, 8.) The most recent docket-sheet entries indicate that the Clerk of Court has not resent the Memorandum and Order a third time, noting "Mail not resent, released 8/13/18 no forwarding address." (Filing Nos. 7, 8.)

Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that: Plaintiff shall have 20 days from the date of this Memorandum and Order to apprise the court of his current address, in the

absence of which this matter will be dismissed without prejudice and without further notice. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: October 1, 2018: deadline for informing court of address.

DATED this 11th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge