IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FINIS LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CV377 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY CORRECTIONS, and DOUGLAS COUNTY MEDICAL DEPARTMENT, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On September 11, 2018, the court ordered Plaintiff to apprise the court of his current address. (Filing No. 9.) The court cautioned Plaintiff that failure to update his address within 20 days would result in dismissal of his claims against Defendants without further notice. (*Id.*) Plaintiff has not responded to this court's Memorandum and Order and has not updated his address with the court.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice, and judgment shall be entered by separate document.

DATED this 9th day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge